# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | CV 23-00887-FWS (MAAx) |
| Date | March 6, 2023 |
| Title | Snow Joe, LLC v. Shenzhen Zhaohao Industrial Co., Ltd. et al |

Present: The Honorable  FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On February 7, 2023, the Clerk of Court filed a Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements, directing Plaintiff to file the appropriate AO-120 and/or AO-121 form with the Clerk within 10 days. (Dkt. 8.) The record reflects counsel has not filed the required forms at this time. (*See generally* Dkt.) Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing on or before **March 17, 2023, at 12:00 p.m.**, why this case should not be dismissed for failure to prosecute. Plaintiff may discharge this order by filing the forms required by the Central District of California's Local Rule 3-1. Failure to comply with the court's order may result in dismissal. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiffs action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

           - : -

Initial of Deputy Clerk   mku